UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH COOPER,

    Plaintiff,

    v.

PREMERA BLUE CROSS, *et al.*,

    Defendants.

Case No. C06-1466RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On October 12, 2007, plaintiff filed a response to defendants' motion *in limine* that, taken as a whole, exceeds 50 pages in length. (Dkt. #18). As of this date, a courtesy copy of these documents has not been provided for chambers.

Plaintiff is hereby ORDERED to show cause why he should not be sanctioned for failure to comply with two prior orders of this Court (Dkt. ##8, 12) requiring courtesy copies of lengthy filings for chambers. Plaintiff shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

ORDER TO SHOW CAUSE - 1

1  Plaintiff shall respond to this order to show cause no later than five days from the date of
2  this Order.

3

4        DATED this 18th day of October, 2007.

5

6

7                                    *signature*
                                      Robert S. Lasnik
8                                     United States District Judge

26  ORDER TO SHOW CAUSE - 2