UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH COOPER,<br><br>    Plaintiff,<br><br>    v.<br><br>PREMERA BLUE CROSS, *et al.*,<br><br>    Defendants. | Case No.  C06-1466RSL<br><br>ORDER VACATING ORDER<br>TO SHOW CAUSE |

    This matter comes before the Court *sua sponte*.  On October 12, 2007, plaintiff filed a response to defendants' motion *in limine* that, taken as a whole, exceeded 50 pages in length but did not provide a courtesy copy of the documents for chambers.  On October 18, 2007, the Court issued an order to show cause why plaintiff should not be sanctioned for failing to comply with the Court's prior orders.  The order to show cause (Dkt. #20) is now vacated in light of the receipt of the courtesy copy and plaintiff's response.

    DATED this 23rd day of October, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER
TO SHOW CAUSE